Hussein Yousif
2506 50th ST
Des, Moines, IA
515-991-2555
Hussein99Yousif@gmail.com

UNITED STATES DISTRICT COURT

JURISDICTION

| | |
|---|---|
| HUSSEIN YOUSIF, | Case No.: |
| Plaintiff, | |
| vs. | COMPLAINT |
| MIDAMERICAN ENERGY, | |
| Defendant | |

This is a breach of contract, harassment, retaliation, hostile work environment, discrimination case against you MidAmerican Energy. MidAmerican Energy has discriminated against the plaintiff harassed, retaliated, and humiliated because of the plaintiff's race, religion, national origin.

MidAmerican Energy Corporate Security Project Leader has humiliated the plaintiff and treated the plaintiff entirely despaired treatment due to his national origin and religious believes. MidAmerican Energy harassed and screamed at the plaintiff even though the plaintiff spoke with the manager verbal complaint. MidAmerican Energy stated racial slurs at the plaintiff. The plaintiff made of couple in writing on Feb 6,2019 and March 6,2019 because of a contractor who showed up late all the time for months on end. The plaintiff was informed in person by Corporate Security why didn't he blind sided the Corporate Security Leads and was harassed and humiliated to the extend of his blood pressure was high and the plaintiff doctor was concerned about the plaintiff health. The plaintiff made numerous verbal complaint for unfair treatment and being bullied at work. The plaintiff was working 12 hours a day in high stress environment and asked management if he can have lunch break in a text message and received, " No full lunch break, you can eat at the desk if you want." The plaintiff didn't receive and breaks or lunches at for entire 2 months. Plaintiff received text messages from management, " Your doing good" management asked plaintiff for his resume and plaintiff gave his resume to management per his request on Feb 27,2019. Plaintiff spoke about one contractor showing up late all the time to management if text messages in phone calls and warned management about going to higher ups because plaintiff had a personal driver that was waiting on plaintiff all the time. Corporate Security Lead who supervised Physical Security Alarm Monitoring hired

COMPLAINT - 1

1. two more contractors after the plaintiff trained them to do there jobs and the plaintiff was harassed by one more
2. contractor who was white. Plaintiff was being harassed and humiliated constantly by another contractor while
3. Corporate Security Leader who was in the office witnessing this and no proper actions were taken against the
4. individuals. Plaintiff was being yelled at by corporate security leads although, he made complaints verbally. On
5. March 18,2019 Plaintiff spoke with Security Project Lead about one individual contractor harassing him and picking
6. on him about his religion and making fun on him. March 18,2019 Corporate security leader was extremality upset
7. for coming in and letting one of the bully to the plaintiff led in the door. Plaintiff Spoke with Corporate security
8. Project leader about one contractor was not following the proper was of training that the plaintiff showed and
9. provided weeks of training to this person. Project Security Leader screamed at plaintiff like he was on steroids like
10. he was having a behavior meltdown. March 18,2019 Plaintiff was terminated without any warnings or verbal's
11. complaints written complaints although, MidAmerican Energy same rules applied for contractors and employees.
12. MidAmerican Energy had one contractor by the name of Chris Fisher who worked for plaintiff for security same
13. time and quit because of Corporate Security Project Leader. Plaintiff has done his investigation and Chris Fisher was
14. on audio explains and claims a lot of allegations the plaintiff has made are in fact true plaintiff asked his permission
15. to record the audio also text messages. With The Freedom Information Act plaintiff can use this as evidence that the
16. defended made statements that are fails and untrue. When the Iowa Civil Right Commission asked the defended
17. Security Project Leader and the contractor who harassed the plaintiff if they're position ended when similarity
18. situated both white males was not terminated proof of document exists.
19.       Plaintiff resident of Iowa, Des Moines. MidAmerican Energy is the defended who hired Yoh LLC
20. Services through Voca LLC who is my company whom I worked for as a contractor for MidAmerican Energy. I am
21. suing MidAmerican Energy Corporation in Urbandale Dr, Iowa. Plaintiff performed his duties and did his job.
22. Plaintiff picked up hours and trained new security new PSAM (Physical Security Alarm Monitoring) members to
23. perform essential duties of there jobs. Plaintiff could not have any other jobs due to oral agreement that PSAM
24. members would work all shifts and rotate proof exists. Plaintiff was terminated on March 18,2019 despite plaintiff
25. had an verbal agreement that the position was going to be employee transitioning on the interview and on training..
26. Defended breached oral contract position was supposed to be an employee in transitioning and plaintiff could not
27. have any other job because the agreement. Plaintiff was discriminated, harassed, bullied, retaliated and suffered
28. verbal abuse and mental abuse on daily or weekly bases verbally. Plaintiff felt depressed and feared of his job

COMPLAINT - 2

because MidAmerican Energy bulling hatred toward plaintiff national origin and religion. Plaintiff has not found a job and still currently searching for employment. Plaintiff suffered economics loss and damages.

Jurisdiction The reason why I am filing in United Stated District House *because this* he following is the text of Title VII of the Civil Rights Act of 1964 (Pub. L. 88-352) (Title VII), as amended, as it appears in volume 42 of the United States Code, beginning at section 2000e. Title VII prohibits employment discrimination based on race, color, religion, sex and national origin. If you look at Business Law Today By Miller & JENTZ Chapter 25 Discrimination Employments Dispared Treatment discrimination it was 4 characteristics 1. Protected class 2. Qualified for the job. 3. Rejected by the employer 4. The employer seeks applicants for the position or filled the position with a person not in a protected class. I met the job requirement and Primia Facie Case of illegal discrimination. Prima facie legally, it refers to a fact that is presumed to be true unless contradicted by evidence making out discrimination occurred meaning the plaintiff has met the initial burden of proof and will win in the absence of legally acceptable employer defense.  The burden of proof shift back to the employer- defendant who must articulate a legal reason for not hiring the plaintiff. (Reference page 640) Plaintiff can show shows disparate impact by comparing the selection of rates of whites and nonwhites. Article VII prohibits employers from discriminating against employees or job applicants on the basis of race, color, or national origin. If the employer has employees have a discriminatory effect on employees or job applicants in protected classes, then a presumption of illegal discrimination arises. Iowa law intentionally being dishonest to dismiss a case is D. Criminal Act that Reflects Adversely on Honesty, Trustworthiness, or Fitness as a Lawyer—Rule 32:8.4(b). This rule prohibits a lawyer from "commit[ting] a criminal act that reflects adversely on the lawyer's honesty, trustworthiness, or fitness as a lawyer in other respects[.]" Iowa R. Prof'l Conduct 32:8.4(b). "It is the commission of a criminal act reflecting adversely on a lawyer's fitness to practice law, not the act of getting caught committing a crime, which constitutes a violation of this rule Retaliation by Employers and Employers sometimes retaliate against employees who complaints. The Title VII violations retaliation can take many forms. One is demote or fire the person or otherwise change the terms, conditions, and benefits of his or her employment. The Title VII prohibits retaliation, and employees can sue their employers. I am also suing for $9,000,000.00 it's over the limit of $75,000.00 dollars which the state limits.

On information and believe through discovery the plaintiff will able to show the defended discriminated and harassed the plaintiff. Plaintiff had witness's in present when defendant humiliated the plaintiff

COMPLAINT - 3

and screamed and lashed out the defendant and it's also on cameras. Plaintiff can ask former security member that was in the training for information that supports the plaintiff allegations as proof.

## Causes of Action

1. Defended harassed and breached the contract.
2. Defended intentionally discriminated against the plaintiff and harassed the plaintiff.
3. Plaintiff made complaints and suffered adverse action which is illegal retaliation.
4. Defended stated racial slurs at the plaintiff, "are you shooting missiles?" They sit here and now they can think"", " Hussein I still think your dangerous. "Hussein I thought you were going to set this place on fire." This is racism at it's best.
5. Defended intentionally feared the plaintiff about his job and embarrass plaintiff about porn in front of other coworkers.
6. Plaintiff suffered economical damages to his credit due to not having a job.
7. Defended tried to dismiss the plaintiff case by intentionally Iowa law intentionally being dishonest to dismiss a case is D. Criminal Act that Reflects Adversely on Honesty, Trustworthiness, or Fitness as a Lawyer—Rule 32:8.4(b). This rule prohibits a lawyer from "commit[ting] a criminal act that reflects adversely on the lawyer's honesty, trustworthiness, or fitness as a lawyer in other respects[.]" Iowa R. Prof'l Conduct 32:8.4(b). "It is the commission of a criminal act reflecting adversely on a lawyer's fitness to practice law, not the act of getting caught committing a crime, which constitutes a violation of this rule Retaliation by Employers and Employers sometimes retaliate against employees who complaints.

## Damages

"Prayer for relief"

WHEREFORE, Plaintiff seeks Punitive Damages in the amount of 9,000,000.00 dollars court fees and attorney fess.

March 30, 2020.

COMPLAINT - 4

_____
Attorney Name

COMPLAINT - 5